**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**ASHLEY GROVE**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**GARDEN OF LIFE, LLC**

Defendant.

**Case No. 9:25-cv-80113**

**JOINT NOTICE OF SETTLEMENT**

Defendant Garden of Life, LLC ("Garden of Life"), together with Plaintiffs Ashley Grove, Laura Contreras, Janine Scoville, and Kimberly Williams ("Plaintiffs") (together with Garden of Life, the "Parties"), hereby files this Notice pursuant to Local Civil Rule 16.4 informing the Court that the Parties have reached a settlement-in-principle to resolve this action. Counsel for the Parties are in the process of preparing and finalizing a formal Settlement Agreement and Stipulated Dismissal ("Agreement"). The Parties intend to finalize the Agreement as soon as practicable but respectfully request that the Court allow the Parties forty-five (45) days in which to do so. Accordingly, the Parties respectfully request that the Court vacate all pending deadlines.

January 27, 2026

By:

*/s/ Matthew C. Luzadder*
Matthew C. Luzadder
Florida Bar No. 11286
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Fl.
Chicago, Illinois 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095

*Attorneys for Defendant Garden of Life LLC*

*/s/ Tyler J. Bean*
Jessica Wallace Florida Bar #1008325
**SIRI & GLIMSTAD LLP**
20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Tel: (786) 244-5660
E: jwallace@sirillp.com

Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Eduard Korsinsky (*pro hac vice*)
Melissa G. Meyer *
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E: ek@zlk.com
E: mmeyer@zlk.com

*Interim Co-Lead Class Counsel*

**Pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed and served upon all counsel of record through the Court's CM/ECF Notice of Electronic Filing system, pursuant to the Federal Rules of Civil Procedure, on this the 27th of January, 2026.

By: /s/ *Matthew C. Luzadder*
Matthew C. Luzadder