**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-80113-CIV-SMITH**

ASHLEY GROVE, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

GARDEN OF LIFE, LLC,

Defendant.
_____________________________________/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court *sua sponte*. On January 27, 2026, the Court issued its Notice of Court Practice on Notice of Settlement [DE 41], requiring the parties to file their Stipulation of Dismissal by March 19, 2026. The Notice states that "[f]ailure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice." A review of the record indicates that the parties have failed to file a Stipulation of Dismissal in accordance with Rule 41(a)(1) and the Court's Order. Accordingly, it is

**ORDERED that:**

1. This matter is **DISMISSED.**
2. All pending motions are **DENIED as moot.**
3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of March, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record